Ammar Dadabhoy
Wong Fleming
State Bar No: 24088812
77 Sugar Creek Center Blvd., Suite 401
Sugar Land, TX 77478
Phone: (281) 340-20704
Fax: (866) 240-0629
Email: adadabhoy@wongfleming.com
ATTORNEYS FOR CREDITOR BMO HARRIS BANK N.A.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
|    LARRY CLAPP | § | Case No. **19-70140** |
| | § | Chapter 7 |
| | § | |

### BMO HARRIS BANK N.A.'S NOTICE OF WITHDRAWAL OF CLAIM

BMO Harris Bank N.A. ("Creditor"), a creditor in the captioned proceeding, files this Notice of Withdrawal of Claim. This claim has been satisfied and BMO Harris Bank N.A. is no longer a creditor in the above captioned proceeding.

Respectfully submitted,

**WONG FLEMING**

By: _/s/ Ammar Dadabhoy/s/_
    Tariq A. Zafar
    Texas Bar No. 24038048
    Email: tzafar@wongfleming.com
    Ammar Dadabhoy
    Texas Bar No. 24088812
    Email: adadabhoy@wongfleming.com
    77 Sugar Creek Center Blvd., Suite 401

Sugar Land, Texas 77478  
Tel. (281) 340-2074  
Fax. (866) 240-0629  
Attorneys for Creditor  
BMO Harris Bank N.A.

Date: August 28, 2019

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served on all interested parties as listed below by depositing same in the U.S. Mail, postage prepaid, and/or by electronic mail on February 7, 2019.

Monte J. White  
Monte J. White & Associates, P.C.    *via email at legal@montejwhite.com*  
1106 Brook Avenue  
Hamilton Place  
Wichita Falls, TX 76301

**U.S. Trustee**    *via regular mail*  
1100 Commerce Street  
Room 976  
Dallas, TX

Trustee  
Robert B. Wilson    *via regular mail*  
1407 Buddy Holly Ave  
Lubbock, TX 79401  
(806) 748-1980

All other parties requesting notice via ECF

*/s/ Ammar Dadabhoy*  
Ammar Dadabhoy